UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:11-CR-00100 CEJ |
| | ) | |
| TIMOTHY J. HOHL, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE TERM

COMES NOW Timothy J. Hohl, by and through his undersigned counsel, and respectfully requests that the current term of supervised release be terminated early for the following reasons:

1. Defendant pled guilty to a single count Information on March 23, 2011 and was sentenced on June 23, 2011 to 12 Months and One Day, and a three year period of supervised release. Defendant was released from Manchester FPC on March 26, 2012. He was released from Dismas House on June 22, 2012. He has remained on supervised release since that time.

2. After being released from imprisonment, Defendant has been a model supervisee, complying with all terms and conditions of his supervised release.

3. All restitution and fines have been paid. See Satisfaction of Restitution and Fines, Doc. # 39.

4. Defendant has received permission from his probation officer to file this request.

By: /s/ James G. Martin

James G. Martin
Armstrong Teasdale LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
jmartin@armstrongteasdale.com
Attorneys for Defendant TIMOTHY J. HOHL

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Demetrius L. Hatley
United States Probation Officer
4300 Goodfellow Boulevard, Bldg. 107
St. Louis, MO 63120
Demetrius_hatley@moep.uscourts.gov

Office of U.S. Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102

/s/ James G. Martin

I hereby certify that on December 2, 2013, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

Demetrius L. Hatley
United States Probation Officer
4300 Goodfellow Boulevard, Bldg. 107
St. Louis, MO 63120
Demetrius_hatley@moep.uscourts.gov     /s/ James G. Martin